EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 2 2002

at \_\_ o'clock and \_\_ min. \_\_M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00351 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| v ) | 21 U.S.C. 860(a); |
| FREDERICK Q. DUMLAO, ) | 21 U.S.C. 841(a)(1), |
| ) | 841(b)(1)(B) |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about August 13, 2002, in the District of Hawaii, defendant Frederick Q. Dumlao did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 2

The Grand Jury charges that:

On or about August 13, 2002, in the District of Hawaii, defendant Frederick Q. Dumlao did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 3

The Grand Jury charges that:

On or about August 13, 2002, in the District of Hawaii defendant Frederick Q. Dumlao did knowingly and intentionally possess with intent to distribute more than five grams of cocaine base, a Schedule II controlled substance.

//

//

//

//

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: _Aug 22_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Elliot Enoki_
ELLIOT ENOKI
First Assistant U.S. Attorney

_/s/ Constance A. Hassell_
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Frederick Q. Dumlao
Cr. No. _____
"Indictment"

3