PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
FREDERICK DUMLAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00351 SOM |
| | ) |
| Plaintiff, | ) MOTION TO CONTINUE FILING |
| | ) DEADLINE; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| FREDERICK DUMLAO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### MOTION TO CONTINUE FILING DEADLINE

COMES NOW the Office of the Federal Public Defender for the

District of Hawaii, by and through, Alexander Silvert, First Assistant Federal

Defender, having been appointed to represent FREDERICK DUMLAO, and

hereby states that Counsel has spoken with Mr. Dumlao regarding the application of the new crack cocaine sentencing guideline amendment to his case. Mr. Dumlao is currently enrolled in the prison class component of the 500 hour RDAP program.  Mr. Dumlao has agreed to wait to have a stipulation filed until May when he has completed the class component of the RDAP program and has been released to a half-way house.

      DATED: Honolulu, Hawaii, April 28, 2008.

      /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
FREDERICK DUMLAO

## CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    FLORENCE T. NAKAKUNI (via electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    United States Probation Office    (hand delivered)
    300 Ala Moana Boulevard
    PJKK Federal Building, Room C-110
    Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, April 28, 2008.

    /s/ Alexander Silvert
    ALEXANDER SILVERT
    Attorney for Defendant
    FREDERICK DUMLAO