ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 28 2008

at 4 o'clock and 00 min P M.
SUE BEITIA, CLERK

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        alexander_silvert@fd.org

APPROVED AND SO ORDERED:

/s/ Susan Oki Mollway
UNITED STATES DISTRICT JUDGE

Attorney for Defendant
FREDERICK DUMLAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00351 SOM |
| Plaintiff, | MOTION TO CONTINUE FILING DEADLINE; CERTIFICATE OF SERVICE |
| vs. | |
| FREDERICK DUMLAO, | |
| Defendant. | |

## MOTION TO CONTINUE FILING DEADLINE

COMES NOW the Office of the Federal Public Defender for the District of Hawaii, by and through, Alexander Silvert, First Assistant Federal Defender, having been appointed to represent FREDERICK DUMLAO, and

hereby states that Counsel has spoken with Mr. Dumlao regarding the application of the new crack cocaine sentencing guideline amendment to his case. Mr. Dumlao is currently enrolled in the prison class component of the 500 hour RDAP program. Mr. Dumlao has agreed to wait to have a stipulation filed until May when he has completed the class component of the RDAP program and has been released to a half-way house.

DATED: Honolulu, Hawaii, April 28, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
FREDERICK DUMLAO